700

No. 549. WEST PUBLISHING CO. *v.* SUPERIOR COURT OF CALIFORNIA. January 18, 1943. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. John W. Preston* and *Charles N. Orr* for petitioner. *Messrs. Earl Warren,* Attorney General of California, and *H. H. Linney,* Assistant Attorney General, for respondent.

No. 571. ROCKMORE, TRUSTEE IN BANKRUPTCY, *v.* LEHMAN ET AL. January 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David Haar* for petitioner. *Mr. Louis J. Castellano* for Mathilde Lehman; and *Mr. Jacob M. Zinaman* for Joseph S. Abrams,—respondents.

No. 583. SUFFOLK SECURITIES CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. January 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. David A. Buckley, Jr., Loring M. Black,* and *Harvey L. Rabbitt* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Samuel H. Levy,* and *Carlton Fox* for respondent.

No. 588. MASSACHUSETTS BONDING & INSURANCE CO. *v.* WINTERS NATIONAL BANK & TRUST CO., ADMINISTRATOR. January 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Clifford R. Curtner* for petitioner. *Mr. Robert E. Cowden* for respondent.

No. 590. CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RAILWAY CO. *v.* MULDOWNEY, SPECIAL ADMINISTRATRIX.

January 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Warren Newcome, William T. Faricy,* and *Nelson J. Wilcox* for petitioner. *Mr. L. W. Crawhall* for respondent.

No. 592. KLEINSCHMIDT *v.* GLOBE-DEMOCRAT PUBLISHING Co. January 18, 1943. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Arthur E. Simpson* and *R. E. Kleinschmidt* for petitioner. *Messrs. Lon O. Hocker* and *Frank Y. Gladney* for respondent.

No. 598. DAVIDSON ET AL. *v.* HURDMAN ET AL. January 18, 1943. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Charles Segal* for petitioners. *Mr. Warner Pyne* for respondents.

No. 576. OKIN *v.* SECURITIES AND EXCHANGE COMMISSION. January 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. Samuel Okin* for petitioner. *Solicitor General Fahy* and *Messrs. Richard S. Salant, John F. Davis,* and *Homer Kripke* for respondent.

No. 570. SOUTH *v.* RAILROAD RETIREMENT BOARD. January 18, 1943. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Winfield Payne Jones* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Joseph H. Freehill,*